UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| FRANCIS G. LYNAM, JR., <br> *Plaintiff,* <br><br> v. <br><br> SEQUIUM ASSET SOLUTIONS, LLC, <br> *Defendant.* | § <br> § <br> § <br> § <br> §    CASE NO. <br> § <br> § <br> § <br> § |

## DEFENDANT SEQUIUM ASSET SOLUTIONS, LLC'S NOTICE OF REMOVAL

COMES NOW, Defendant SEQUIUM ASSET SOLUTIONS, LLC ("SAS") and files its Notice of Removal as follows:

1. Plaintiff FRANCIS G. LYNAM, JR. filed his state court Complaint on December 27, 2021 in the County Court of the Sixth Judicial Circuit in and for Pasco County, Florida – Small Claims Division located at the Robert D. Sumner Judicial Center, 38053 Live Oak Avenue, Dade City, FL 33523.

2. This is a civil action based on Plaintiff's contention that the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA")

3. Removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition.

7. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

8. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the County Court of the Sixth Judicial Circuit in and for Pasco County, Florida – Small Claims Division.

9. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, Defendant SEQUIUM ASSET SOLUTIONS, LLC respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3661
Fax: (813) 251-3675
dgolden@gsgfirm.com
spspengler@gsgfirm.com